CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

August 30, 2016

Dan E. Martens
The Law Office of Dan E. Martens
17101 Preston Rd, Suite 160
Dallas, Texas 75248-1369

Collin Dean Kennedy
Hanshaw Kennedy, LLP
1415 Legacy Dr, Ste 350
Frisco, Texas 75034-1942

Re: ***Altesse Healthcare Solutions, Inc. and Shawna Boudreaux v.***
***Allen Wilson and Becky Wilson; 05-15-00906-CV***

Dear Attorneys:

Enclosed is a corrected page 2 for the above-mentioned case. Please note the following typographical error, which has been corrected:

2nd full paragraph, December 17, 2016 has been corrected to December 17, 2014

Please replace page 2, of your previous copy with the enclosed.

Sincerely,


Lisa Matz
Clerk of the Court

cc:    Trial court judge
       Trial court clerk